FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-21-00242-CV

**ELECTRIC RELIABILITY COUNCIL OF TEXAS** and Bill Magness,
Appellants

v.

**CPS ENERGY**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-04574
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

The Appellants' Motion for Extension of Time to File Brief is hereby GRANTED. The appellants' brief is due on or before August 2, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court